**Kam Richard CARPENTER,
Plaintiff–Appellant,**

v.

**Robert BENFIELD; Angela Twitty;
Johnathan Stines; David G. Bobo,
Defendants–Appellees.**

**No. 03–6025.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 28, 2003.

Kam Richard Carpenter, Appellant Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kam Richard Carpenter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible

error. Accordingly, we deny Carpenter's motion for a certificate of appealability as unnecessary and affirm for the reasons stated by the district court. *See Carpenter v. Benfield,* No. CA–02–255–1–1–MU (W.D.N.C. filed Nov. 26, 2002; entered Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*